IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16CR24 |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| BRIAN S. WITHAM | ) | |

Upon motion of the United States Attorney, it is hereby **ORDERED, ADJUDGED AND DECREED** that the above referenced Bill of Information, Consent to Transfer, and the Motion to Seal be sealed.

Signed: February 24, 2016

Dennis L. Howell
United States Magistrate Judge